≋AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| JARRET M. ZEPEDA | CASE NUMBER: 07-po-00005-GJR |
| | USM NUMBER: |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   ONE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 13 and CRS 42-2-101(1) | OPERATION OF VEHICLE W/O VALID DRIVER'S LICENSE | 9/1/2006 | ONE |

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 35.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

3/6/2007
Date of Imposition of Judgment

*/s/ Gudrun Rice*
Signature of Judge

GUDRUN RICE                USMagistrate Judge
Name of Judge               Title of Judge

March 12, 2007
Date

Defendant's Mailing Address: _____